**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TODD AND JULIE BARKLEY,<br><br>　　　　　Plaintiffs,<br>vs.<br>STATE FARM GENERAL INSURANCE COMPANY; JULIE "DOE 1"; and DOES 2 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02366-AB-RAO<br><br>[Los Angeles Superior Court Case No. 23STCV22221]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: September 14, 2023 |

　　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), THIS ACTION IS **DISMISSED WITH PREJUDICE** in its entirety. The Clerk is directed to close the file.

　　　**SO ORDERED.**

Dated: January 16, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1